

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

Elvisha Brightman, Appellant

No. 06-25-00125-CV        v.

Brad Burris Rentals, Appellee

Appeal from the County Court of Harrison County, Texas (Tr. Ct. No. 4446-E). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We note that the appellant, Elvisha Brightman, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JANUARY 7, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk